**O**
**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KMS, LLC,<br><br>                    Plaintiff,<br><br>          v.<br><br>MAJOR LEAGUE TRUCKING, INC.,<br><br>                    Defendant. | Case No. 2:22-cv-06245-ODW (MAAx)<br><br>**FINAL JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, and Replevin (ECF No. 106), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendant, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment and Replevin;

2. Plaintiff shall have replevin from Defendant of Plaintiff's Cargo—six ocean containers, Nos. MRSU3366617; MRKU3595009; MRKU4442365; MSKU1739639; MSKU1261724; and MSKU0176762, each containing 1090 units of CL-RAC05MW-22 Cool Living Brand air conditioners;

3. Defendant shall immediately make the Cargo available to KMS within two business days of the date of the Court's Order Granting Plaintiff's Motion for Default Judgment and Replevin;

4. In the event that the Cargo is not released to Plaintiff as required herein, Plaintiff shall have judgment against Defendant in the amount of $676.220.00; and

5. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 22, 2024

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**